UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ADAM MICHAEL TANNER,<br><br>Defendant. | CR 19-30127<br><br>REDACTED INDICTMENT<br><br>CONSPIRACY TO DISTRIBUTE A CONTROLLED SUBSTANCE<br><br>21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(A) |

The Grand Jury charges:

Beginning at a time unknown to the Grand Jury but no later than on or about the 1st day of March, 2018, and continuing to on or about the date of this Indictment, in the District of South Dakota and elsewhere, Defendant, Adam Michael Tanner, did knowingly and intentionally, combine, conspire, confederate, and agree with persons known and unknown to the Grand Jury, to knowingly and intentionally distribute and possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(A).

A TRUE BILL:

**NAME REDACTED**

Foreperson

RONALD A. PARSONS, JR.
United States Attorney

By: _____